1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ANTHONY BAEZ,

11           Petitioner,                    No. 2:11-cv-2553 WBS EFB P

12        vs.

13   G. SWARTHOUT,

14           Respondent.                    ORDER

15   _____/

16          Petitioner, a state prisoner proceeding without counsel, filed an application for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254.  Judgment was entered in this action on April 30,

18   2012.  On May 23, 2012, petitioner filed a notice of appeal.  On June 6, 2012, petitioner filed a

19   request to proceed *in forma pauperis* on appeal.

20          Rule 24(a) of the Federal Rules of Appellate Procedure provides that a party to a district

21   court action who desires to proceed *in forma pauperis* on appeal must file a motion in the district

22   court which:

23          (A) shows in the detail prescribed by Form 4 of the Appendix of Forms the
             party's inability to pay or to give security for fees and costs;
24          (B) claims an entitlement to redress; and
             (C) states the issues that the party intends to present on appeal.
25

26   Fed. R. App. P. 24(a)(1).  On June 6, 2012, petitioner filed a declaration which demonstrates his

1

1   inability to pay or to give security for fees and costs.  Petitioner did not, however, claim

2   entitlement to redress or describe the issues he intends to present on appeal.

3        Accordingly, IT IS HEREBY ORDERED that petitioner's June 6, 2012 request to

4   proceed *in forma pauperis* on appeal is denied without prejudice.  The Clerk of the Court is

5   directed to serve a copy of this order on the United States Court of Appeals for the Ninth Circuit,

6   and petitioner is hereby informed that he may file a motion to proceed *in forma pauperis* in the

7   United States Court of Appeals for the Ninth Circuit.  *See* Fed. R. App. P. 24(a)(5).

8   DATED:  June 18, 2012.

9   _____
      EDMUND F. BRENNAN
10     UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26