IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY BAEZ,

    Petitioner,                       No. 2:11-cv-2553 WBS EFB P

    vs.

G. SWARTHOUT,

    Respondent.                    <u>ORDER</u>

                              /

        Petitioner, a state prisoner proceeding without counsel, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Judgment was entered in this action on April 30, 2012. On May 23, 2012, petitioner filed a notice of appeal. On June 6, 2012, petitioner filed a request to proceed *in forma pauperis* on appeal.

        Rule 24(a) of the Federal Rules of Appellate Procedure provides that a party to a district court action who desires to proceed *in forma pauperis* on appeal must file a motion in the district court which:

    (A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs;
    (B) claims an entitlement to redress; and
    (C) states the issues that the party intends to present on appeal.

Fed. R. App. P. 24(a)(1). On June 6, 2012, petitioner filed a declaration which demonstrates his

1

1  inability to pay or to give security for fees and costs.  Petitioner did not, however, claim

2  entitlement to redress or describe the issues he intends to present on appeal.

3      Accordingly, IT IS HEREBY ORDERED that petitioner's June 6, 2012 request to

4  proceed *in forma pauperis* on appeal is denied without prejudice.  The Clerk of the Court is

5  directed to serve a copy of this order on the United States Court of Appeals for the Ninth Circuit,

6  and petitioner is hereby informed that he may file a motion to proceed *in forma pauperis* in the

7  United States Court of Appeals for the Ninth Circuit.  *See* Fed. R. App. P. 24(a)(5).

8  DATED:  June 18, 2012.

                EDMUND F. BRENNAN
                UNITED STATES MAGISTRATE JUDGE